IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL S. WOLCOFF,

    Petitioner,

v.                                      CASE NO. 3:05CV119-MMP/AK

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER

This matter is before the Court on Doc. 5, Motion to Dismiss, by Michael S. Wolcoff. By prior order, the Court directed Petitioner either to file a motion for leave to proceed *in forma pauperis* or to pay the $150.00 filing fee by May 6, 2005. Doc. 2. Petitioner has determined that he "cannot pursue this legal ramification at a cost factor" and asks that the Court dismiss this case without prejudice. For good cause shown, the Court finds the motion is well taken and is **GRANTED**. This cause is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a).

    **DONE AND ORDERED** this   **2nd**   day of May, 2005.

                                              *s/ A. KORNBLUM*
                                             **ALLAN KORNBLUM**
                                             **UNITED STATES MAGISTRATE JUDGE**